**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

May 1, 2017

Melanie F. Wilson, Clerk
Magistrate Court of DeKalb County
556 N. McDonough Street
DeKalb County Courthouse
Decatur, GA 30030-3356

    **Re:** *DeKalb-Lake Ridge LLC v. Wofford*
    **Your Case No.:17D07821**

Dear Clerk:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

    Sincerely,

    James N. Hatten
    District Court Executive
    and Clerk of Court

    By: /s/   Janice Micallef
        Deputy Clerk

Enclosure
1:17-cv-1180-TCB